# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Solomon Miller                             CHAPTER 7

<u>Debtor(s)</u>                              BKY. NO. 20-10692 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                            Respectfully submitted,
                            **/s/ Rebecca A. Solarz Esquire**
                            Rebecca A Solarz, Esquire
                            Kevin G. McDonald, Esquire
                            KML Law Group, P.C.
                            701 Market Street, Suite 5000
                            Philadelphia, PA 19106-1532
                            (215) 627-1322