20-10692 AMC

Certificate Number: 02921-PAE-CC-033557392



02921-PAE-CC-033557392

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>October 15, 2019</u>, at <u>5:01</u> o'clock <u>PM EDT</u>, <u>Soloman Miller</u> received from <u>Credit Counseling Center</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Eastern District of Pennsylvania</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>in person</u>.

FILED
FEB 26 2020
TIMOTHY McGRATH, CLERK
DEP CLERK

Date:   October 15, 2019          By:   /s/Joan B Reading

                                  Name: Joan B Reading

                                  Title: President

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).