**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | SOLOMON | | MILLER |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number (If known): 20-10692 AMC

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

    ☑ No. Go to line 2.
    ☐ Yes. Does Debtor 2 live in a separate household?

    ☑ No
    ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2*.

2. **Do you have dependents?**
   Do not list Debtor 1 and Debtor 2.
   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent..................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| STEP DAUGHTER | 17 | ☐ No  ☑ Yes |
| STEP SON | 15 | ☐ No  ☑ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.    4.  $_____

   If not included in line 4:

   4a. Real estate taxes    4a.  $_____0.00

   4b. Property, homeowner's, or renter's insurance    4b.  $_____0.00

   4c. Home maintenance, repair, and upkeep expenses    4c.  $_____100.00

   4d. Homeowner's association or condominium dues    4d.  $_____0.00

Official Form 106J                    Schedule J: Your Expenses                    page 1

Debtor 1  SOLOMON _____ MILLER     Case number (if known) 20-10692 AMC
          First Name  Middle Name  Last Name

**Your expenses**

| | | |
|---|---|---:|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans  5. | $ 0.00 |
| 6. | **Utilities:** | |
| | 6a. Electricity, heat, natural gas  6a. | $ 2,700.00 |
| | 6b. Water, sewer, garbage collection  6b. | $ 600.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services  6c. | $ 0.00 |
| | 6d. Other. Specify: _____  6d. | $ 0.00 |
| 7. | **Food and housekeeping supplies**  7. | $ 400.00 |
| 8. | **Childcare and children's education costs**  8. | $ 0.00 |
| 9. | **Clothing, laundry, and dry cleaning**  9. | $ 85.00 |
| 10. | **Personal care products and services**  10. | $ 95.00 |
| 11. | **Medical and dental expenses**  11. | $ 100.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments.  12. | $ 150.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books**  13. | $ 100.00 |
| 14. | **Charitable contributions and religious donations**  14. | $ 20.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a. Life insurance  15a. | $ 0.00 |
| | 15b. Health insurance  15b. | $ 0.00 |
| | 15c. Vehicle insurance  15c. | $ 171.00 |
| | 15d. Other insurance. Specify:_____  15d. | $ 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____  16. | $ 0.00 |
| 17. | **Installment or lease payments:** | |
| | 17a. Car payments for Vehicle 1  17a. | $ 0.00 |
| | 17b. Car payments for Vehicle 2  17b. | $ 0.00 |
| | 17c. Other. Specify:_____  17c. | $ 0.00 |
| | 17d. Other. Specify:_____  17d. | $ 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).**  18. | $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify:_____  19. | $ 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | |
| | 20a. Mortgages on other property  20a. | $ 0.00 |
| | 20b. Real estate taxes  20b. | $ 0.00 |
| | 20c. Property, homeowner's, or renter's insurance  20c. | $ 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses  20d. | $ 0.00 |
| | 20e. Homeowner's association or condominium dues  20e. | $ 0.00 |

Debtor 1  SOLOMON                MILLER              Case number (if known) 20-10692 AMC
          First Name  Middle Name  Last Name

21. Other. Specify: _____    21. +$           0.00

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.                                              22a. $    4,521.00

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b. $        0.00

    22c. Add line 22a and 22b. The result is your monthly expenses.           22c. $    4,251.00

23. **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a. $    3,356.00

    23b. Copy your monthly expenses from line 22c above.                      23b. −$    5,381

    23c. Subtract your monthly expenses from your monthly income.
         The result is your *monthly net income*.                             23c. $   −1,165.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.   Explain here:

Fill in this information to identify your case:

Debtor 1  SOLOMON _____ MILLER
          First Name  Middle Name  Last Name

Debtor 2 _____
(Spouse, if filing) First Name  Middle Name  Last Name

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number  20-10692 AMC
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J-2

# Schedule J-2: Expenses for Separate Household of Debtor 2      12/15

Use this form for Debtor 2's separate household expenses ONLY IF Debtor 1 and Debtor 2 maintain separate households. *If Debtor 1 and Debtor 2 have one or more dependents in common, list the dependents on both Schedule J and this form. Answer the questions on this form only with respect to expenses for Debtor 2 that are not reported on Schedule J.* Be as complete and accurate as possible. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. Do you and Debtor 1 maintain separate households?

   ☑ No. Do not complete this form.
   ☐ Yes

2. **Do you have dependents?**

   Do not list Debtor 1 but list all other dependents of Debtor 2 regardless of whether listed as a dependent of Debtor 1 on Schedule J.

   Do not state the dependents' names.

   ☐ No
   ☐ Yes. Fill out this information for each dependent..................

   | Dependent's relationship to Debtor 2: | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | _____ | _____ | ☐ No  ☐ Yes |
   | _____ | _____ | ☐ No  ☐ Yes |
   | _____ | _____ | ☐ No  ☐ Yes |
   | _____ | _____ | ☐ No  ☐ Yes |
   | _____ | _____ | ☐ No  ☐ Yes |

3. Do your expenses include expenses of people other than yourself, your dependents, and Debtor 1?

   ☐ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.     4.  $_____

   If not included in line 4:

   4a. Real estate taxes                                                 4a. $_____
   4b. Property, homeowner's, or renter's insurance                      4b. $_____
   4c. Home maintenance, repair, and upkeep expenses                     4c. $_____
   4d. Homeowner's association or condominium dues                       4d. $_____

Debtor 1  **SOLOMON**                    **MILLER**         Case number (if known) 20-10692 AMC
First Name   Middle Name   Last Name

**Your expenses**

5. **Additional mortgage payments for your residence**, such as home equity loans     5.  $_____

6. **Utilities:**
   6a. Electricity, heat, natural gas     6a.  $_____
   6b. Water, sewer, garbage collection     6b.  $_____
   6c. Telephone, cell phone, Internet, satellite, and cable services     6c.  $_____
   6d. Other. Specify: _____     6d.  $_____

7. **Food and housekeeping supplies**     7.  $_____

8. **Childcare and children's education costs**     8.  $_____

9. **Clothing, laundry, and dry cleaning**     9.  $_____

10. **Personal care products and services**     10.  $_____

11. **Medical and dental expenses**     11.  $_____

12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments.     12.  $_____

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**     13.  $_____

14. **Charitable contributions and religious donations**     14.  $_____

15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    15a. Life insurance     15a.  $_____
    15b. Health insurance     15b.  $_____
    15c. Vehicle insurance     15c.  $_____
    15d. Other insurance. Specify:_____     15d.  $_____

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____     16.  $_____

17. **Installment or lease payments:**
    17a. Car payments for Vehicle 1     17a.  $_____
    17b. Car payments for Vehicle 2     17b.  $_____
    17c. Other. Specify:_____     17c.  $_____
    17d. Other. Specify:_____     17d.  $_____

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**     18.  $_____

19. **Other payments you make to support others who do not live with you.**
    Specify:_____     19.  $_____

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**
    20a. Mortgages on other property     20a.  $_____
    20b. Real estate taxes     20b.  $_____
    20c. Property, homeowner's, or renter's insurance     20c.  $_____
    20d. Maintenance, repair, and upkeep expenses     20d.  $_____
    20e. Homeowner's association or condominium dues     20e.  $_____

Official Form 106J-2   Schedule J-2: Expenses for Separate Household of Debtor 2   page 2

| Debtor 1 | SOLOMON | | MILLER | Case number (if known) | 20-10692 AMC |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

21. **Other.** Specify: _____ 21.  +$ _____

22. **Your monthly expenses.** Add lines 5 through 21.
    The result is the monthly expenses of Debtor 2. Copy the result to line 22b of Schedule J to calculate the
    total expenses for Debtor 1 and Debtor 2.                                                       22.    $ _____

23. Line not used on this form.

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.   Explain here: